IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MATT JENKINS,<br><br>              Plaintiff,<br><br>v.<br><br>PRO CONSULTING SERVICES, INC.,<br><br>              Defendant. | CASE NO. 5:11-cv-00178-DSC |

## NOTICE OF RULE 41(a) VOLUNTARY DISMISSAL

Please take notice that, pursuant to an *Order Approving Settlement of Pre-Petition Litigation Claims Against Pro Consulting Services, Inc.* entered on June 29, 2012 in the chapter 7 bankruptcy case of Matthew Alan Jenkins, Case No. 12-50413, U.S. Bankruptcy Court for the Western District of North Carolina, Intervenor Plaintiff, James T. Ward, Sr., and Defendant Pro Consulting Services, Inc. hereby stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The parties agree that each party is to bear its own costs and expenses.

This is the 13th day of July, 2012.

                                              Respectfully submitted by:

                                              *A. Cotten Wright*
                                              A. Cotten Wright (State Bar #28162)
                                              Grier Furr & Crisp, PA
                                              101 North Tryon Street, Suite 1240
                                              Charlotte, NC 28246
                                              Phone: 704.332.0207
                                              cwright@grierlaw.com

                                              */s/ Jon S. Player*
                                              Jon S. Player (State Bar #36997)
                                              Hedrick, Gardner, Kincheloe &
                                                Garofalo, LLP
                                              6000 Fairview Rd.
                                              Charlotte, NC 28210
                                              Phone: 704-602-8023
                                              Fax: 704-602-8123
                                              jplayer@hedrickgardner.com